UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

BRYANT KEVIN NOE )
 )
v. ) NO. 2:11-CV-194
 ) *Jordan/Inman*
SULLIVAN COUNTY, TENNESSEE; )
SULLIVAN COUNTY JAIL; DR. D. J. )
PAUL, M.D.; and PENNY TESTER, )
 Health Administrator )

### ORDER of JUDGMENT

In accordance with the accompanying memorandum and order, *this pro se* prisoner's civil rights action under 42 U.S.C. § 1983 is **DISMISSED** for failure to state a claim. 28 U.S.C. § 1915(e)(2) and § 1915. Should the plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis* because, for reasons discussed in the memorandum, any appeal from this order would not be taken in good faith and would be frivolous. *See* 28 U.S.C. § 1915(a)(3).

**SO ORDERED**.

**ENTER**:

_____
LEON JORDAN
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
 s/ *Patricia L. McNutt*
 CLERK OF COURT